

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00015-CV
_____

LISA HANSEN, DVM AND JASON HANSEN, APPELLANTS

V.

PETVET PC MANAGER, LLC AND QUALITY VETERINARY SERVICES, P.C. F/K/A AL
VETERINARY SERVICES, P.C. D/B/A PFENNIG LANE ANIMAL HOSPITAL,
APPELLEES

On Appeal from the 353rd District Court
Travis County, Texas[1]
Trial Court No. D-1-GN-24-008680, Honorable Jessica Mangrum, Presiding

January 31, 2025

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Lisa Hansen, DMV and Jason Hansen, appeal from the trial court's *Second Agreed Order Modifying and Extending Temporary Restraining Order.* Now pending before this Court is Appellants' unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellants. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam